UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAN POYA,

              Petitioner,

   v.

PAMELA BONDI, *et al.*,

              Respondents.

Case No. C25-2576-JLR-MLP

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Currently before the Court is Petitioner's application to proceed *in forma pauperis* in this 28 U.S.C. § 2241 habeas action. Petitioner demonstrates that he is unable to afford the $5.00 filing fee. Accordingly, the Court GRANTS Petitioner's application to proceed *in forma pauperis*. (Dkt. # 1.) The Clerk is directed to file Petitioner's habeas petition without the prepayment of fees and to send a copy of this order to Petitioner and to the Honorable James L. Robart.

Dated this 17th day of December, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1