UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAN POYA, <br><br> Petitioner, <br><br> vs. <br><br> PAMELA BONDI, Attorney General of the United States, et al., <br><br> Respondents. | No. <br><br> ~~(PROPOSED)~~ ORDER FOR BRIEFING SCHEDULE |

THE COURT has considered Petitioner Aman Poya's unopposed motion for a briefing schedule along with the records in this case.

IT IS ORDERED that Respondents will file a response to the habeas petition no later than 14 days after the petition was received by the U.S. Attorney's Office. Petitioner may file a reply no later than five days after the response is filed. The Court will note the habeas petition for the same day as Petitioner's reply.

IT IS ORDERED that the referral to the Magistrate Judge is terminated.

IT IS ORDERED that, while Petitioner's habeas petition is pending, Respondents shall not remove Petitioner from the United States or transfer Petitioner to another facility without providing Petitioner's counsel with at least 48 hours' notice of the removal or transfer. If the 48-hour period would expire on a weekend or legal

//

//

ORDER FOR BRIEFING SCHEDULE
(*Aman Poya v. Bondi, et al.*) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100

holiday, the period continues until the same time on the next day that is not a weekend or legal holiday.

DATED this 17th day of December 2025.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Mukund Rathi*
Attorney for Petitioner

ORDER FOR BRIEFING SCHEDULE
(*Aman Poya v. Bondi, et al.*) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100