THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAN POYA, | No. CV25-2576-JLR |
| Petitioner, | |
| vs. | ~~(PROPOSED)~~ ORDER TO EXTEND REPLY DEADLINE |
| PAMELA BONDI, Attorney General of the United States, et al., | |
| Respondents. | |

THE COURT has considered Petitioner Aman Poya's unopposed motion to extend the reply deadline. Finding good cause to support an extension, the Court GRANTS the motion and ORDERS that Petitioner's reply to Respondents' response is due January 20, 2026. The Clerk is DIRECTED to renote the habeas petition for January 20, 2026.

DATED this  5th  day of January 2026.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Mukund Rathi*
Assistant Federal Public Defender
Attorney for Aman Poya

ORDER TO EXTEND REPLY DEADLINE
(*Poya v. Bondi*, No. CV25-2576-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100