UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAN POYA, | CASE NO. C25-2576JLR |
| Petitioner, | ORDER |
| v. | |
| PAMELA BONDI, et al., | |
| Respondents. | |

Before the court is Petitioner Aman Poya's motion for reconsideration of the court's January 29, 2026 order and judgment. (MFR (Dkt. # 18); *see* 1/29/26 Order (Dkt. # 16); Judgment (Dkt. # 17).) Petitioner asserts that the court erred when it determined that he had been detained pursuant to 18 U.S.C. § 1225(b) rather than 18 U.S.C. § 1231. (MFR at 1 (citing Order on Habeas Petition, *Bhandari v. Bondi*, No. C25-2747KKE (Feb. 10, 2026), Dkt. # 12).) As a result of this error, Petitioner argues, the court failed to consider whether he was entitled to release under *Zadvydas v. Davis*, 533 U.S. 678, 689 (2001). (*Id.* at 2.)

ORDER - 1

The court ORDERS Respondents to respond to Petitioner's motion for reconsideration by no later than **February 27, 2026**.  *See* Local Rules W.D. Wash. LCR 7(h)(3) ("No response to a motion for reconsideration shall be filed unless requested by the court.").  Respondents' brief shall be limited to 2,100 words in length and shall address (1) the arguments in Petitioner's motion and (2) the effect, if any, of the February 10, 2026 denial of Petitioner's request for a change in custody status on those arguments.  (*See* JSR (Dkt. # 19).)  Petitioner may file a reply limited to 1,050 words in length by no later than **March 6, 2026**.  The Clerk is DIRECTED to renote the motion for reconsideration (Dkt. # 18) for March 6, 2026.

Dated this 20th day of February, 2026.

JAMES L. ROBART
United States District Judge

ORDER - 2